# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| DAR THOMPSON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | |
| vs. ) | _____ |
| ) | |
| JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

Violation of the Anticybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d). Violation of the Plaintiff's name and indication of candidacy make up a domain name Plaintiff intended to use in his mayoral campaign. The domain name has not been used for any purpose. Plaintiff attempted to acquire the domain name through GoDaddy.com, LLC for a reasonable fee of $200. The current domain owner demanded $10,000 for the domain. The issue is whether the domain owner has made a bad faith attempt to profit from the offer to sell the

domain name to Plaintiff "without having used, or having an intent to use, the domain name in the bona fide offering of any goods or services…".  15 U.S.C. § 1125(d)(1)(B)(i)(VI).

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

15 U.S.C. § 1125(d).

*Southern Grouts & Mortars, Inc. v. 3M Co.*, 575 F.3d 1235, 1246 (11th Cir. 2009) ("a 'bad faith intent to profit' is the essence of the wrong that the Act seeks to combat.")

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.  (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.

                                 /s Scott D. Bennett, Esq.
                                 Georgia State Bar No. 050607
                                 Attorney for Plaintiff
                                 Bennett Law, P.C.
                                 390 Racetrack Road
                                 McDonough, GA  30252
                                 678-994-1515
                                 Email: scott@bennettlawpc.com

Attachment "A"

WITNESS LIST

GoDaddy.com, LLC

Attachment B

Expert Winesses

None.

Attachment C

Documents

1. Screen capture that "dar4ptc.com" is already registered.

2. Counteroffer from registered owner of "dar4ptc.com", through GoDaddy.com, LLC, seeking $10,000 for the domain name.

Attachment "D"

Calculation of Damages

None at this time.

Attachment "E"

Insurance Agreements

None.

Attachment "F"

Subrogation Interest

None.