# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| DAR THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| vs. | ) | _____ |
| | ) | |
| JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Dar Thompson

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    GoDaddy.com, LLC

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Scott D. Bennett, Esq.

Submitted this 7th day of October, 2017.

/s Scott D. Bennett, Esq.
Georgia State Bar No. 050607
Attorney for Plaintiff
Bennett Law, P.C.
390 Racetrack Road
McDonough, GA  30252
678-994-1515
Email: scott@bennettlawpc.com
