UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DAR THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 3:17-cv-00146-TCB |
| | ) |
| JOHN DOES 1-5, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS JOHN DOES' MOTION TO DISMISS**

Defendants JOHN DOES 1-5 ("Defendants"), by and through undersigned counsel, file this Motion to Dismiss pursuant to Federal Rules of Civil Procedure § 12(b)(6). For the reasons more fully set forth in the contemporaneously filed Memorandum of Law in Support, Defendants respectfully requests that this Motion to Dismiss be granted and the case dismissed.

Respectfully submitted January 8, 2019.

/s/ Kelly O. Wallace
_____
Kelly O. Wallace
Georgia Bar No. 734166
Samuel A. Mullman
Georgia Bar No. 456630
1175 Peachtree St. NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361
Phone: (404) 815-7714

1

Fax: (404) 815-9957
E-mail: Kelly@wellbornlaw.com
E-mail: Sam@wellbornlaw.com
Counsel for Defendants John Does 1-5

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1

I hereby certify that the Defendant's Motion to Dismiss was prepared in Times New Roman 14-point font, double spaced, with a top margin of not less than 1.5 inches and a left margin of not less that 1 inch.

DATED this 8th day of January, 2019.

/s/ Kelly O. Wallace
_____
Kelly O. Wallace
Georgia Bar No. 734166
Samuel A. Mullman
Georgia Bar No. 456630
1175 Peachtree St. NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361
Phone: (404) 815-7714
Fax: (404) 815-9957
E-mail: Kelly@wellbornlaw.com
E-mail: Sam@wellbornlaw.com
Counsel for Defendants John Does 1-5

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the forgoing Motion to Dismiss through the Courts CM/ECF filing system upon the following:

> Scott David Bennett
> Bennett Law, P.C.
> 390 Racetrack Road
> McDonough, GA 30252
> scottbennettpc@bellsouth.net
>
> Theodore H. Davis, Jr.
> Kilpatrick Townsend & Stockton, LLP
> Suite 2800
> 1100 Peachtree Street, N.E.
> Atlanta, GA 30309
> tdavis@kilpatrckstockton.com

DATED this 8th day of January, 2019.

> /s/ Kelly O. Wallace
> _____
> Kelly O. Wallace
> Georgia Bar No. 734166
> Samuel A. Mullman
> Georgia Bar No. 456630
> 1175 Peachtree St. NE
> 100 Colony Square, Suite 300
> Atlanta, Georgia 30361
> Phone: (404) 815-7714
> Fax: (404) 815-9957
> E-mail: Kelly@wellbornlaw.com
> E-mail: Sam@wellbornlaw.com
> Counsel for Defendants John Does 1-5