**EXHIBIT B**

# Timeline of Facts Relating to Dar Thompson's Use of "dar4ptc"

**1 — July 13, 2017**
Internal e-mail sent by Thompson's campaign to volunteers stating the decision to use "dar4ptc" (Second Amended Complaint, ¶ 33)

**2 — July 15, 2017**
Doe Defendants register domain with GoDaddy (Second Amended Complaint, ¶ 34)
***This is the critical date that Thompson must show distinctiveness based on prior use***

**3 — August 2017**
Dar4PTC Facebook page launched (See Exhibit B, "About" page of Dar4PTC Facebook page)

**4 — September 5, 2017**
Thompson announces his campaign for mayor Peachtree City, Georgia in a "Letters to the Editor" of "The Citizen," without using the term "dar4ptc" in the letter (Second Amended Complaint at Exhibit 2 and Exhibit A)

**5 — September 6, 2017**
Thompson posts Letter from September 5 on Dar4PTC Facebook page without using the term "dar4ptc" in the letter (Exhibit C, September 6, 2017 posting on Dar5PTC Facebook Group)

**6 — September 8, 2017**
A Sign Group Inc. ships signs to Thompson, allowing him to place signs throughout Peachtree City, Georgia (Second Amended Complaint, Exhibit 1)

**7 — September 22, 2017**
First post on Facebook page that used the term "dar4ptc" (Exhibit D)

**October 11, 2017**
Thompson Files Complaint

**Period of No Use**

**Period of Possible Prior Use**

**Period of Probable Prior Use**

Exhibit E - Page 1 of 1