IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| DAR THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-146-TCB |
| | ) | |
| JOHN FLEISCH and | ) | |
| JOHN DOES 1-4, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JOHN FLEISCH'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Defendant John Fleisch ("Fleisch" or "Defendant"), an individual resident of Panama City Beach, Florida, specially appears to contest this Court's personal jurisdiction.

Filed concurrently herewith, and fully setting forth the arguments and authorities in support of this claim, is Defendant's Brief in Support of his Motion to Dismiss Plaintiff's Third Amended Complaint for lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

Respectfully submitted this 2nd day of December, 2019.

1

WELLBORN & WALLACE, LLC

/s/ Kelly O. Wallace _____
Georgia Bar No. 734166

Wellborn & Wallace, LLC
1280 Menlo Dr. NW, Suite E
Atlanta, GA 30318
Phone: (404) 352-3993
E-mail: kelly@wellbornlaw.com
Counsel for John Fleisch

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| DAR THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-146-TCB |
| | ) | |
| JOHN FLEISCH and | ) | |
| JOHN DOES 1-4, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1**

I hereby certify that the foregoing Motion was prepared in Times New Roman 14-point font, double spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

DATED this 2nd day of December, 2019.

                        WELLBORN & WALLACE, LLC

                    /s/ Kelly O. Wallace _____
                    Georgia Bar No. 734166

                    Wellborn & Wallace, LLC
                    1280 Menlo Dr. NW, Suite E
                    Atlanta, GA 30318
                    Phone:                  (404) 352-3993
                    E-mail:                  kelly@wellbornlaw.com
                    Counsel for John Fleisch

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| DAR THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-146-TCB |
| | ) | |
| JOHN FLEISCH and | ) | |
| JOHN DOES 1-4, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the forgoing Motion through the Courts CM/ECF filing system upon the following:

>Scott David Bennett
>Bennet Law, P.C.
>390 Racetrack Road
>McDonough, GA 30252
>scottbennettpc@bellsouth.net

>Theodore H. Davis, Jr.
>Kilpatrick Townsend &amp; Stockton, LLP
>Suite 2800
>1100 Peachtree Street, N.E.
>Atlanta, GA 30309-4528
>tdavis@kilpatrickstockton.com

DATED this 2nd day of December, 2019.

4

        WELLBORN & WALLACE, LLC

  /s/ Kelly O. Wallace _____
   Georgia Bar No. 734166

   Wellborn & Wallace, LLC
   1280 Menlo Dr. NW, Suite E
   Atlanta, GA 30318
   Phone:                            (404) 352-3993
   E-mail:                 kelly@wellbornlaw.com
   Counsel for John Fleisch